IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY VAN GRIFFIN,

      Appellant,

 v.

                      Case No. 5D23-439
                      LT Case No. 2016-CF-788

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

3.800 Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Timothy Van Griffin, Live Oak, pro
se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and JAY, JJ., concur.